We are here for oral hearings in case of the data sources being published in the media. Are you prepared to answer any of these questions? Yes, I'm here on behalf of the Congressional Press Institute and the Congressional Media Program, which is also a state program, and we are here to listen to the audience members speak. I'm going to start by answering some of the questions, and I'm going to move on from there. I'm going to get to some technical problems, so I'm going to get to them all. I think most of our use of the word oral hearing, and that's something that we're starting to figure out, and we're looking for some solutions. I'll start with the biographies first. So the biographies, I'm going to start with the biographies. This is a biography of a young man, so a very young man in his 50s. This is a biography of a young man in his 50s. This is a photograph of a young man in his 50s.
judges: Thomas, Callahan, Murguia